■ In the Matter of MELVYN J. ESTRIN, an Attorney. [727 NYS2d 305] —Effective date of respondent's suspension from the practice of law in the State of New York extended to April 16, 2001. No opinion. Concur—Sullivan, P. J., Rosenberger, Nardelli, Ellerin and Wallach, JJ.